IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 07- 92-UNA |
| ) | |
| ROY JOSEPH BENSON, ) | |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and apprehension of defendant Roy Joseph Benson.



FILED
JUL 2 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _____
  Edmond Falgowski
  Assistant United States Attorney

Dated: June 26, 2007

AND NOW, to wit, this 26 day of June, 2007, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until the arrest and apprehension of Roy Joseph Benson.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge