IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-92-UNA |
| | ) | |
| ROY JOSEPH BENSON, | ) | |
| | ) | |
| Defendant. | ) | |

**REDACTED**

FILED
JUN 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count 1

On or about July 21, 2006, in the District of Delaware, Roy Joseph Benson, the defendant, knowingly received and attempted to receive child pornography, that is, computer generated visual depictions in the form of computer files which are of minors engaged in sexually explicit conduct, specifically, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic area, which child pornography had been transported in interstate and foreign commerce by computer, in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

### Count 2

On or about July 21, 2006, in the District of Delaware, Roy Joseph Benson, the defendant, knowingly received and attempted to receive visual depictions, that is, computer files, that depict computer images that are or appear to be of minors engaging in graphic sexual intercourse, and that lack serious literary, artistic, political, or scientific value, which images had been transported in interstate

and foreign commerce by computer, and which images had been produced using materials that had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 1466A(a)(2)(A) and (B), and 2252A(b)(1).

A TRUE BILL:

_____
Foreman

COLM F. CONNOLLY
United States Attorney

By: *Christopher J. Burke*
  Edmond Falgowski
  Assistant United States Attorney

Dated: June 26, 2007