(4)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-92-UNA |
| | ) | |
| ROY JOSEPH BENSON | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR ARREST WARRANT**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Roy Joseph Benson, pursuant to an Indictment returned against him by the Federal Grand Jury on June 26, 2007.



FILED
JUL 26 2007

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: June 26, 2007

AND NOW, this 26 day of June, 2007, upon the foregoing Motion, **IT IS ORDERED** that an arrest warrant issue for the arrest and apprehension of ROY JOSEPH BENSON.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge