IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-92-UNA |
| | ) | |
| ROY JOSEPH BENSON, | ) | **FILED UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your petitioner, the United States of America, by its attorney, Christopher J. Burke, Assistant United States Attorney, with the knowledge and consent of Colm Connolly, United States Attorney for the District of Delaware, respectfully submits:

1. The defendant, who has been indicted for violations of 18 U.S.C. § 2252A(a)(2) (receipt of child pornography) and 18 U.S.C. § 1466A(a)(2) (receipt of obscene matter), is scheduled for an initial appearance before this Court on July 12, 2007, at 1:00 p.m.

2. The defendant is currently being held pending trial on related State charges at the Delaware Correctional Center in Smyrna, Delaware, and, therefore, must be writted out before this Court can conduct the initial appearance.

**WHEREFORE**, petitioner prays that the Clerk of the Court be instructed to issue a writ of habeas corpus ad prosequendum to the Warden of the Delaware Correctional Center and to the United States Marshal for the District of Delaware to deliver Roy Joseph Benson to the office of the United States Marshal on July 12, 2007, at 1:00 p.m., with the defendant being held in federal custody until the federal charges are resolved.

FILED
JUL 5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully submitted,

COLM CONNOLLY
United States Attorney

BY: /s/ Christopher J. Burke
Christopher J. Burke
Assistant United States Attorney

Dated: July 5, 2007

IT IS SO ORDERED this 9th day of July, 2007.

/s/ Mary Pat Thynge
Honorable Gregory M. Sleet
United States District Judge