# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,   §
        Plaintiff,        §
                     §    CRIMINAL ACTION  **07-92-UNA**
        v.            §
                     §
**ROY JOSEPH BENSON**        §
        Defendant.      §

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
      WARDEN OF THE DELAWARE CORRECTIONAL CENTER, SMYRNA, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **ROY JOSEPH BENSON** who is now detained and imprisoned in the **DELAWARE CORRECTIONAL CENTER** and who is a defendant in the above-entitled cause, in which cause the said **ROY JOSEPH BENSON** was charged with a violation of 18 U.S.C. SECTION 2252A(a)(2) and 18 U.S.C. SECTION 1466A(A)(2) for an INITIAL APPEARANCE on **THURSDAY JULY 12, 2007** at **1:00 PM** and to be remain in the custody of United States Marshal's Service until the conclusion of the charges.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 9th day of JULY , 2007.

PETER T. DALLEO, CLERK

By: _____
       Deputy Clerk

FILED

JUL 9 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE