IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           )
                                    )
          Plaintiff,                )
                                    )
     v.                             )     Criminal Action No. 07-92
                                    )
ROY JOSEPH BENSON,                  )
                                    )
          Defendant.                )

## **MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant,

pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the

following:

1.    **Eligibility of Case**. This case is eligible for a detention order because case involves

**(check all that apply)**:

_X_    Crime of violence (18 U.S.C. § 3156)

_X_    Maximum sentence life imprisonment or death

_____    10+ year drug offense

_____    Felony, with two prior convictions in above categories

_X_    Minor victim

_____    Possession/ use of firearm, destructive device or other dangerous weapon

_____    Failure to register under 18 U.S.C. § 2250

_X_    Serious risk defendant will flee

_____    Serious risk obstruction of justice

2.    **Reason For Detention**.    The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

⊠    Defendant's appearance as required

⊠    Safety of any other person and the community

3.    **Rebuttable Presumption**.    The United States will/will not invoke the rebuttable presumption against defendant under § 3142(e).  (If yes) The presumption applies because (**check one or both**):

⊠    Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense ( § 2252 A          ) with minor victim

_____    Previous conviction for "eligible" offense committed while on pretrial bond

4.    **Time For Detention Hearing**.    The United States requests the court conduct the detention hearing,

_____    At first appearance

_____    After continuance of _3_ days (not more than 3).

5.    **Temporary Detention**.    The United States request the temporary detention of the defendant for a period of _____days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

_____    1.  At the time the offense was committed the defendant was:

_____    (a) on release pending trial for a felony;

_____    (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

_____    (c) on probation or parole for an offense.

_____    2.   The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

_____    3.   The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this ___12th___ day of ___July_____, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By _____
Edmond Falgowski
Assistant United States Attorney