AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **DELAWARE**

UNITED STATES OF AMERICA

V.

ROY JOSEPH BENSON

~~SEALED~~ Unsealed on 8/6/07 (RPG)

**WARRANT FOR ARREST**

Case Number:    CR 07-92 (UNA)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **ROY JOSEPH BENSON**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

RECEIPT OF CHILD PORN BY COMPUTER
RECEIPT OF OBSCENITY DEPICTING CHILDREN - 18:1466A

FILED
AUG - 6 2007

in violation of Title ____18____ United States Code, Section(s) ____2252A(a)(2)____

PETER T. DALLEO
Name of Issuing Officer

_Evette Watson_, Deputy Clerk
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

June 27, 2007 in WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St. Wilm DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 6-27-07 | William David, DUSM | William David |
| DATE OF ARREST 6-29-07 | | |