IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Crim. No. 07-092-SLR |
| ROY JOSEPH BENSON, | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 6th day of November, 2007,

IT IS ORDERED that a telephonic status conference is scheduled for **Thursday, November 29, 2007** at **5:00 p.m.**, with the court initiating said call.

                                        _____
                                        United States District Judge