IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 07-092-SLR |
| | ) | |
| ROY JOSEPH BENSON, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 30th day of November, 2007,

IT IS ORDERED that a telephonic status conference is scheduled for

**Wednesday, December 19, 2007** at **9:00 a.m.**, with the court initiating said call.


_____
United States District Judge