IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 07-092-SLR |
| | ) | |
| ROY JOSEPH BENSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

At Wilmington this 11th day of December, 2007, having been advised by counsel that defendant intends to enter a plea of guilty to an Information;

IT IS ORDERED that:

1. A plea hearing is scheduled for **Wednesday, December 19, 2007** at **8:30 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the **December 19, 2007** plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(I).


_____
United States District Judge