Filed in Open Court
12/19/07.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ROY JOSEPH BENSON, )<br>)<br>Defendant. ) | Criminal Action No. 07-92-SLR |

# INFORMATION

The United States Attorney for the District of Delaware charges that:

### Count 1

On or about March 31, 2003, in the District of Delaware, Roy Joseph Benson, the defendant, knowingly possessed computer images of child pornography, that is, visual depictions which are of minors engaged in sexually explicit conduct, specifically, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic area, which child pornography had been transported in interstate and foreign commerce and which had been produced using materials which had been transported in interstate commerce, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

COLM F. CONNOLLY  
United States Attorney

By: _[signature]_  
Edmond Falgowski  
Assistant United States Attorney

Dated: 12-19-07